

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00301-CV

_____

SETH DAVID COTTRELL, Appellant

V.

AMICA MUTUAL INSURANCE COMPANY, AS SUBROGEE OF MICHAEL
GRAHAM, Appellee

_____

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2023-006802-3

_____

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

On December 9, 2024, after receiving Appellant's "Appeal Brief," we notified Appellant that his brief did not conform with Texas Rules of Appellate Procedure 9.4(i) and 38.1(a)–(k) and with Second Court of Appeals Local Rule 1. *See* Tex. R. App. P. 9.4(i), 38.1(a)–(k); 2nd Tex. App. (Fort Worth) Loc. R. 1.[1] We directed Appellant to file an amended brief complying with those rules no later than December 19, 2024. *See* Tex. R. App. P. 9, 38; 2nd Tex. App. (Fort Worth) Loc. R. 1. We also warned him that if he did not do so, we could strike his noncompliant brief and dismiss the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because Appellant has failed to file a rule-compliant amended brief after we afforded him an opportunity to do so, we strike his brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: February 20, 2025

---

[1]We previously notified Appellant that his brief was late, and Appellant filed a document entitled "Appeal Brief" that also included Appellant's request for an extension to file his brief. Upon our granting Appellant's request, Appellant on December 9, 2024, filed the same "Appeal Brief."